UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONIA I. WRIGLESWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 5:16-CV-686-D** |
| ) | |
| ERIC FANNING, Secretary, U.S. ) | |
| Department of the Army, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Fanning's motion to dismiss [D.E. 10] is GRANTED, and the complaint and amended complaint are DISMISSED without prejudice.

**This Judgment Filed and Entered on June 28, 2017, and Copies To:**

Sonia I. Wriglesworth          (Sent to 158 Pine Ridge Drive Whispering Pines, NC 28327 via United States Mail)

Rudy E. Renfer                 (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK

June 28, 2017                  (By) /s/ Nicole Briggeman

                                   Deputy Clerk